NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7049

FRANK D. KELLEY,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 06-2861, Judge Mary J. Schoelen.

ON MOTION

ORDER

Frank D. Kelley moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 03 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Peter J. Sebekos, Esq.
Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2010

JAN HORBALY
CLERK